IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00250-CMA-KLM

RACHEL NICOLE MCWHIRTER, as wife and next friend to
Decedent, GREGORY ALAN MCWHIRTER,
BRAXTON MCWHIRTER, a minor child, through his natural parent
and next friend, RACHEL NICOLE MCWHIRTER,
LANE MCWHIRTER, a minor child, through his natural parent
and next friend, RACHEL NICOLE MCWHIRTER, and
IAN MCWHIRTER, a minor child, through his representative
and next friend, RACHEL NICOLE MCWHIRTER,

    Plaintiffs,

v.

PRAIRIE VIEW HEALTH RESOURCES, INC., d/b/a KEEFE MEMORIAL HOSPITAL,
CHRISTOPHER ERIC WILLIAMS, MD, individually,
GARY LYNN GRASMICK, MD, individually
JOHN DOES # 1-20, and
JANE DOES # 1-20.

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Motion for Leave to File First Amended Complaint and Jury Demand** [Docket No. 32; Filed May 6, 2010] (the "Motion").

Fed. R. Civ. P. 15(a) provides for liberal amendment of pleadings. Leave to amend is discretionary with the court. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Viernow v. Euripides Dev. Corp.*, 157 F.3d 785, 799 (10th Cir. 1998). Amendment under the rule has been freely granted. *Castleglenn, Inc. v. Resolution Trust Company*, 984 F.2d 1571 (10th Cir. 1993) (internal citations omitted). "If the underlying facts or circumstances relied upon

by a [party] may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." *Foman*, 371 U.S. at 182. "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993).

Plaintiffs' Motion was filed in a timely manner. There is no basis for denying leave to amend. Defendants do not object to the relief requested by Plaintiffs. Accordingly,

IT IS **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Court accepts Plaintiffs' First Amended Complaint and Jury Demand and Certificate of Review [Docket No. 32-2] for filing as of the date of this Order.

BY THE COURT:

\_\_s/ Kristen L. Mix_____
United States Magistrate Judge

Dated: May 7, 2010