IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00250-CMA-KLM

RACHEL NICOLE MCWHIRTER, as wife and next friend to
Decedent, GREGORY ALAN MCWHIRTER,
BRAXTON MCWHIRTER, a minor child, through his natural parent
and next friend, RACHEL NICOLE MCWHIRTER,
LANE MCWHIRTER, a minor child, through his natural parent
and next friend, RACHEL NICOLE MCWHIRTER, and
IAN MCWHIRTER, a minor child, through his representative
and next friend, RACHEL NICOLE MCWHIRTER,

    Plaintiffs,

v.

PRAIRIE VIEW HEALTH RESOURCES, INC., d/b/a KEEFE MEMORIAL HOSPITAL,
CHRISTOPHER ERIC WILLIAMS, MD, individually,
GARY LYNN GRASMICK, MD, individually
JOHN DOES # 1-20, and
JANE DOES # 1-20.

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Gary Grasmick, M.D.'s Motion for Extension of Time in Which to Designate Non-Parties at Fault** [Docket No. 29; Filed May 6, 2010] and **Defendant Christopher Eric Williams, M.D.'s Joinder in Defendant Grasmick's Motion for Extension of Time to Designate Non-Parties at Fault** [Docket No. 31; Filed May 6, 2010] (the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **DENIED without prejudice**. D.C.COLO.LCivR 7.1A provides that before filing a motion, counsel must confer with opposing counsel or make "reasonable, good faith efforts to confer." Leaving one telephone message does not meet this criteria. Moreover, counsel has not provided the Court with sufficient details about her efforts to confer, such as when the telephone call transpired and how much time had elapsed before the Motions were filed.

    Dated: May 7, 2010