IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00250-CMA-KLM

RACHEL NICOLE MCWHIRTER, as wife and next friend to
    Decedent, Gregory Alan McWhirter,
BRAXTON MCWHIRTER, a minor child, through his natural parent and
    next friend, Rachel Nicole McWhirter,
LANE MCWHIRTER, a minor child, through his natural parent and
    next friend, Rachel Nicole McWhirter, and
IAN MCWHIRTER, a minor child, through his natural parent and
    next friend, Rachel Nicole McWhirter,

    Plaintiffs,

v.

PRAIRIE VIEW HEALTH RESOURCES, INC.
    d/b/a KEEFE MEMORIAL HOSPITAL,
CHRISTOPHER ERIC WILLIAMS, MD, individually,
GARY LYNN GRASMICK, MD, individually,
JOHN DOES # 1-20, and
JANE DOES # 1-20,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 57). The Court having considered the stipulated motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorney fees.

DATED: September  28 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge